**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:11-cr-00511-DCN |
| vs. ) | |
| ) | |
| JIAN-YUN DONG, a/k/a JOHN DONG, ) | |
| GENPHAR, INC., VAXIMA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**VERDICT FORM FOR JIAN-YUN DONG, A/K/A JOHN DONG**

1. Dong is Guilty as charged beyond a reasonable doubt as to Count 1 of the Third Superseding Indictment.

2. Dong is Guilty as charged beyond a reasonable doubt as to Count 7 of the Third Superseding Indictment.

3. Dong is Guilty as charged beyond a reasonable doubt as to Count 13 of the Third Superseding Indictment.

4. Dong is Guilty as charged beyond a reasonable doubt as to Count 14 of the Third Superseding Indictment.

5. Dong is Guilty as charged beyond a reasonable doubt as to Count 15 of the Third Superseding Indictment.

6. Dong is Guilty as charged beyond a reasonable doubt as to Count 16 of the Third Superseding Indictment.

7. Dong is Guilty as charged beyond a reasonable doubt as to Count 17 of the Third Superseding Indictment.

8. Dong is Guilty as charged beyond a reasonable doubt as to Count 18 of the Third Superseding Indictment.

9. Dong is Guilty as charged beyond a reasonable doubt as to Count 19 of the Third Superseding Indictment.

10. Dong is Guilty as charged beyond a reasonable doubt as to Count 20 of the Third Superseding Indictment.

11. Dong is Guilty as charged beyond a reasonable doubt as to Count 21 of the Third Superseding Indictment.

12. Dong is Guilty as charged beyond a reasonable doubt as to Count 22 of the Third Superseding Indictment.

13. Dong is Guilty as charged beyond a reasonable doubt as to Count 23 of the Third Superseding Indictment.

14. Dong is Guilty as charged beyond a reasonable doubt as to Count 24 of the Third Superseding Indictment.

15. Dong is Guilty as charged beyond a reasonable doubt as to Count 25 of the Third Superseding Indictment.

16. Dong is Guilty as charged beyond a reasonable doubt as to Count 26 of the Third Superseding Indictment.

17. Dong is Guilty as charged beyond a reasonable doubt as to Count 27 of the Third Superseding Indictment.

18. Dong is Guilty as charged beyond a reasonable doubt as to Count 28 of the Third Superseding Indictment.

19. Dong is Guilty as charged beyond a reasonable doubt as to Count 29 of the Third Superseding Indictment.

20. Dong is Guilty as charged beyond a reasonable doubt as to Count 30 of the Third Superseding Indictment.

21. Dong is Guilty as charged beyond a reasonable doubt as to Count 31 of the Third Superseding Indictment.

22. Dong is Guilty as charged beyond a reasonable doubt as to Count 32 of the Third Superseding Indictment.

23. Dong is Guilty as charged beyond a reasonable doubt as to Count 33 of the Third Superseding Indictment.

24. Dong is Guilty as charged beyond a reasonable doubt as to Count 34 of the Third Superseding Indictment.

**AND IT IS SO ORDERED**.

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**August 4, 2015**
**Charleston, South Carolina**