**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:11-cr-000511-DCN |
| vs. ) | |
| ) | |
| JIAN-YUN DONG, a/k/a JOHN DONG, ) | |
| GENPHAR, INC., VAXIMA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## VERDICT FORM FOR VAXIMA, INC.

1. Vaxima, Inc. is Guilty beyond a reasonable doubt as to Count 1 of the Third Superseding Indictment.

2. Vaxima, Inc. is Guilty beyond a reasonable doubt as to Count 16 of the Third Superseding Indictment.

    **AND IT IS SO ORDERED**.

                                   **DAVID C. NORTON
                                   UNITED STATES DISTRICT JUDGE**

**August 4, 2015
Charleston, South Carolina**